UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20321-CR-ALTONAGA/TORRES

UNITED STATES OF AMERICA

vs.

LEONEL PALATNIK

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around April 2020 through in or around December 2020, Defendant LEONEL PALATNIK ("PALATNIK" or the "Defendant") knowingly and willfully conspired and agreed with his co-conspirators, including Michael Stein, **Individual 1**, Gustavo Geraldes, **Individual 2**, and others, to defraud the United States, in violation of Title 18, United States Code, Section 371, and to offer and pay kickbacks, in violation of Title 42, United States Code, Section 1320a-7b(b)(2)(B).

### The Medicare Program

The Medicare Program ("Medicare") was a federal healthcare program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare was a "healthcare benefit program," as defined by Title 18, United States Code, Section 24(b). Medicare programs covering different types of benefits were separated into different program "parts." "Part B" of Medicare covered, among other things, cancer and cardiovascular genetic testing (testing of DNA sequencing to detect mutations in genes that could indicate higher risk of developing certain types of cancers or cardiovascular illnesses in the future) that was medically

necessary for the diagnosis or treatment of injury or illness or to improve the functioning of a malformed body member. Medicare prohibited the submission of claims that were procured through the payment of illegal kickbacks and bribes.

### Panda Conservation Group, LLC

Panda Conservation Group, LLC ("Panda") was a Texas company with its principal place of business in Broward County, Florida. The Health Awareness Project was Panda's brand name for patient and doctor-facing marketing purposes. Panda owned laboratories that engaged in and submitted claims to Medicare for genetic testing, including AmeriHealth Laboratory, a testing laboratory and Medicare provider with a principal place of business in Dallas County, Texas, and MP3 Laboratory, a testing laboratory and Medicare provider with a principal place of business in Denton County, Texas. Defendant was a resident of Palm Beach County, Florida, and co-owned Panda along with **Individual 1**, Gustavo Geraldes, and **Individual 2**. Panda used the Health Awareness Project brand to target Medicare beneficiaries interested in genetic testing and to obtain their insurance information and DNA material for testing at Panda's laboratories.

Beginning in or around April 2020, PALATNIK and the other Panda owners agreed to pay Stein, through his company 1523 Holdings, LLC, a $50,000 monthly kickback or bribe in exchange for Stein arranging for telemedicine providers to authorize genetic testing orders for Panda's laboratories. PALATNIK, the other Panda owners, and Stein understood this arrangement was illegal, and entered into a sham contract for purported IT and consultation services in order to disguise the true purpose of the payments. PALATNIK and his co-conspirators knew that these telemedicine providers

had no pre-existing relationship with these Panda-recruited patients, typically did not actually speak to the patients prior to authorizing the testing, and would not have been able to access these patients and bill Medicare for visits with them if they did not agree to refer authorized genetic testing orders to Panda's laboratories. As a result of this scheme, Panda's laboratories billed Medicare approximately $90,283,919.82 and were paid approximately $61,314,953.87 for genetic testing orders procured by illicit kickbacks between April 1, 2020 and December 31, 2020.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily, and because I am in fact guilty of the crimes charged.

Date: 8/16/21    By: *Ligia Markman*

LIGIA MARKMAN
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 8/16/21    By: *[signature]*

LEONEL PALATNIK
DEFENDANT

Date: 8/16/21    By: *[signature]*

BRIAN BIEBER
COUNSEL FOR DEFENDANT

3