UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20321-ALTONAGA/Torres

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LEONEL PALATNIK**,

    Defendant.

_____/

## PRELIMINARY ORDER OF FORFEITURE

**THIS MATTER** is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture [ECF No. 61] against Defendant Leonel Palatnik. The Court having considered the Motion, finds as follows:

Based on the record in this case, the total value of the gross proceeds traceable to the offenses of conviction is $686,590.00, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion [ECF No. 61] is **GRANTED**, and it is hereby **ORDERED** that:

1. Under 18 U.S.C. § 982(a)(1)(7) and the procedures set forth in 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $686,590.00 is entered as to Defendant Leonel Palatnik.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

3. The Court retains jurisdiction for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, may amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record