GCT:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   21-20321-CR-CMA

UNITED STATES OF AMERICA,

vs.

LEONEL PALATNIK, et al.,

      Defendants.
_____ /

UNITED STATES' NOTICE OF RECEIPT OF FUNDS AND
SATISFICTION OF FORFEITURE MONEY JUDGMENT

      The United States of America, by and through the undersigned Assistant United States Attorney, files this notice, and respectfully states:

      1.    Pursuant to the Judgment of Forfeiture (DE 68), entered by this Court on November 10, 2021, the United States received wired funds in the amount of $686,590.00.   The payment was applied to the forfeiture money judgment owed by the defendant.

      2.    In consideration of payment of the funds, the United States hereby deems the forfeiture money judgment amount of $686,590.00 as satisfied and paid in full.

      Respectfully submitted,

      JUAN ANTONIO GONZALEZ
      UNITED STATES ATTORNEY

By:   *s/G. Raemy Charest-Turken*
      _____
      Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
      Assistant United States Attorney
      E-mail: Gabrielle.Charest-Turken@usdoj.gov
      99 N.E. 4th Street, Suite 700
      Miami, Florida 33132
      Phone: (305) 961-9365